**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| DONALD D'AMICO,<br><br>  Plaintiff,<br><br>v.<br><br>ALTHOUSEN, *et al.*,<br><br>  Defendants. | Case No. 3:21-CV-00306-ART-CLB<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL AND REFERRAL TO PRO BONO PROGRAM**<br><br>[ECF No. 12] |

Plaintiff Donald D'Amico's ("D'Amico") motion for appointment of counsel is **GRANTED**. (ECF No. 12.) This case is referred to the Pro Bono Program ("Program") adopted in Amended General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for D'Amico. The scope of appointment shall be for all purposes through the conclusion of trial. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

**IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

**IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono Liaison.

DATED: May 26, 2022

_____
UNITED STATES MAGISTRATE JUDGE