# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD A. D'AMICO,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHEAL MINEV, et al.<br><br>                Defendants. | Case No. 3:21-cv-00306-ART-CLB<br><br>**ORDER APPROVING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Donald D'Amico, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 2nd Day of February, 2023.

/s/ Donald D'Amico
DONALD A. D'AMICO
*Plaintiff*

DATED this 5th day of April, 2023

AARON D. FORD
Attorney General

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: April 6, 2023.

1